FILED
CLERK, U.S. DISTRICT COURT

JUN 3 0 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

EDWIN LELAND FUGEL, III, )
)
             Petitioner, )   No. CV 07-2677 GHK (AJW)
)
        v. )
)   ORDER ADOPTING REPORT AND
J. F. SALAZAR, WARDEN, )   RECOMMENDATION OF
)   MAGISTRATE JUDGE
            Respondent. )
)

The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report), the Supplemental Report and Recommendation and petitioner's objections. The Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a <u>de novo</u> determination of the portions to which objections were directed.

DATED: _____6/30/08_____

_____
George H. King
United States District Judge