```
                    FILED
          CLERK, U.S. DISTRICT COURT
              JUN 3 0 2008
         CENTRAL DISTRICT OF CALIFORNIA
         BY                      DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| EDWIN LELAND FUGEL, III, | Case No. CV 07-2677-GHK(AJW) |
| Petitioner, | |
| v. | JUDGMENT |
| J.F. SALAZAR, Warden, | |
| Respondent. | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: 6/30/08

George H. King
United States District Judge